**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GLOBAL FINANCIAL ADVISORY, INC.,

    Plaintiff,

v.                                          CASE NO.  8:15-cv-2793-T-26TGW

REALTY CAPITAL SECURITIES, LLC,

    Defendant.
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of the Defendant's Suggestion of Bankruptcy and Notice of Operation of Automatic Stay (Dkt. 13), it is **ORDERED AND ADJUDGED** that all proceedings in this case are automatically stayed until further order of this Court. The Clerk is directed to administratively close this case during the period of the stay.

**DONE AND ORDERED** at Tampa, Florida, on February 2, 2016.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record